# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL JOHNSON

NO. 2022 KW 1387

**FEBRUARY 1, 2023**

---

In Re: Michael Johnson, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 06-01-0205.

---

**BEFORE: GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED.** This court denied relief in **State v. Johnson**, 2022-0870 (La. App. 1st Cir. 10/24/22), 2022 WL 13893314 on October 24, 2022.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*α.S₦*

---
DEPUTY CLERK OF COURT
FOR THE COURT